**Mary J. REHA, Appellant,**

v.

**Linda JEWETT–COOPER; James A. Benzoni; Scott Duncan; Jack Bishop; George Bergerson; Robert A. Hutchinson; Preston Daniels; Steve Drane; Mary Van Horn; Ronald Wakeham; Rick Moody; Bruce Bergman; Vicky Long Hill; William Moulder; Doug Philiph; Darren Cornwell; Sean Wissink; Max Halverson; Robin Sprafka; Tracy Rhoads; John Sarcone; Susan Cox; Ralph E. Marasco; Michelle Chenoweth; Bob Rice; Gregory Brandt; Carol Egly; Cynthia Moisan; Thomas Renda, Judge; Karen Ramano; Arthur Gamble; J.D. Stoval; J.W. Jordan; Marsha Ternus; Louis A. Lavorato; Tom Miller; Vicky Gonzalez; Pat Paxton; Kent Decker; Mary Maloney; Lois Leary; Donna V. Boetel–Baker; City of Des Moines, Iowa; Jane Doe; John Doe, Appellees.**

No. 02–1295.

United States Court of Appeals,
Eighth Circuit.

Submitted March 7, 2002.

Filed March 8, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Mary J. Reha appeals the district court's dismissal of Reha's civil action for failure to state a claim upon which relief may be granted. Having carefully reviewed the record, we conclude dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47A(a).